**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| ERIK D ROCKMORE | : | Case No. 22-12075-elf |
|     Debtor | : | |
| | : | Chapter 13 |

**<u>ORDER</u>**

    AND NOW, this _____ day of _____, 2023, it is hereby ORDERED and DECREED that the Movant's Motion for Relief from Automatic Stay under Bankruptcy Code Section 362(a) is DENIED.

FURTHER ORDERED:

                                                  Hon. Eric L. Frank,
                                                  U.S. Bankruptcy Judge