**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| ERIK D ROCKMORE | : | Case No. 22-12075-elf |
| Debtor | : | |
| | : | Chapter 13 |

**CERTIFICATE OF SERVICE**

  I, Brad J. Sadek, Esq., certify that on the date indicated below served a true and correct copy of the Debtor's Response to the Motion for Relief from Automatic Stay was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and if no proof of claim was filed then on the address listed on the credit report and on the following parties:

**Kenneth E. West, Esq.**
Standing Chapter 13 Trustee

**Andrew Spivack, Esquire**
Attorney for Movant Freedom Mortgage
Electronic Notice to *pabkr@brockandscott.com*

Dated: February 15, 2023       /s/ Brad J. Sadek, Esq.
                    Brad J. Sadek, Esq.
                    Attorney for the Debtor
                    Sadek & Cooper
                    1500 JFK Blvd., Suite #220
                    Philadelphia, PA 19102
                    (215) 545-0008