**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Erik D Rockmore         CHAPTER 13

Debtor(s)

BKY. NO. 22-12075 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

 Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

               Respectfully submitted,

               /s/ **Mark A. Cronin**
               Mark Cronin
               09 Nov 2023, 17:46:56, EST

           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106-1532
           (215) 627-1322