**Fill in this information to identify the case:**

Debtor 1   ERIK D ROCKMORE

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number 22-12075-amc

## Official Form 410S2
### Notice of Postpetition Mortgage Fees, Expenses, and Charges        12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Freedom Mortgage Corporation              **Court claim no**. (if known):  4

**Last four digits** of any number you use to identify the debtor's account:  9695

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ____/____/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney's fees | | (3) | $ 0.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. Other. Specify: Pursuant to paragraph 3, 4 of the Stipulation filed on 02/21/2023 and the Order entered on 02/28/2023 | 12/01/2022 - 02/01/2023 - (3) payments of $961.70 each, less suspense in the amount of $114.90 | (11) | $ 2,770.20 |
| 12. Other. Specify: | | (12) | $ 0.00 |
| 13. Other. Specify: | | (13) | $ 0.00 |
| 14. Other. Specify: | | (14) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | ERIK D ROCKMORE | | Case number *(if known)* 22-12075-amc |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘  **/s/Andrew Spivack**                                          Date  06/26/2023
   Signature

**Print:**  **Andrew Spivack (84439)**                             Title  Attorney
           First Name    Middle Name    Last Name

Company  Brock & Scott, PLLC

Address  3825 Forrestgate Dr.
         Number            Street

         Winston-Salem, NC 27103
         City      State    ZIP Code

Contact phone  844-856-6646                         Email  PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>ERIK D ROCKMORE<br><br>Freedom Mortgage Corporation,<br><br>    Movant<br><br>vs.<br><br>ERIK D ROCKMORE ,<br>    Debtor | Case No. 22-12075-amc<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

BRAD J. SADEK, Debtor's Attorney
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com

KENNETH E. WEST, Bankruptcy Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

Via First Class Mail:

ERIK D ROCKMORE
6524 LIMEKILN PIKE
PHILADELPHIA, PA 19138

Date: June 26, 2023

                                            */s/Andrew Spivack*
                                            Andrew Spivack, PA Bar No. 84439
                                            Matt Fissel, PA Bar No. 314567
                                            Mario Hanyon, PA Bar No. 203993
                                            Ryan Starks, PA Bar No. 330002
                                            Jay Jones, PA Bar No. 86657
                                            Attorney for Creditor
                                            BROCK & SCOTT, PLLC
                                            3825 Forrestgate Drive
                                            Winston Salem, NC 27103
                                            Telephone: (844) 856-6646
                                            Facsimile: (704) 369-0760
                                            E-Mail: PABKR@brockandscott.com